IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, *et al.*, | ) ) ) CIVIL ACTION ) |
| Plaintiffs, | ) NO. 21 C 5763 ) |
| vs. | ) JUDGE JOHN J. THARP, JR. ) |
| CALACCI CONSTRUCTION CO., INC., an Iowa corporation, | ) ) ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 28, 2022, request this Court enter judgment against Defendant, CALACCI CONSTRUCTION CO., INC., an Iowa corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On January 28, 2022, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to submit to an audit of its payroll books and records for the time period October 1, 2020 forward. The Court also entered an order that judgment would be entered after Plaintiffs' auditors conducted the payroll audit and determined the amounts due and owing from Defendant.

2. On or about December 3, 2022, Plaintiffs' auditors completed the audit report showing Defendant to be delinquent in contributions to the Funds in the amount of $221,401.86 (See Affidavit of David Bratek).

3. The amount of $68,009.93 is due for liquidated damages pursuant to the audit. (Bratek Aff. Par. 6).

4. Pursuant to the Trust Agreements, Plaintiff Carpenters Pension Fund of Illinois, has assessed a liquidated damages surcharge against Defendant in the amount of one and one-half (1.5%) percent of the total contributions untimely received for the time period July 2018 through November 2020, compounded monthly at one and one-half (1.5%) percent, for the period accrued through December 31, 2022, in the total amount of $13,821.32 (Bratek Aff. Par. 8).

5. Plaintiffs have expended the sum of $2,306.00 for the purpose of making an audit of the payroll books and records of the Defendant (Bratek Aff. Par. 7).

6. In addition, Plaintiffs' firm has expended $462.00 for costs and $5,868.75 for attorneys' fees in this matter. (See Affidavit of Laura M. Finnegan).

7. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $295,422.54.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $295,422.54.

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6210637
Telephone:   (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that I electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 22nd day of February 2023:

      Mr. John B. Calacci, Registered Agent/President
      Calacci Construction Co., Inc.
      671 Barrington Road
      Iowa City, IA    52245-9248
      john.calacci@calacci-construction.com

      Mr. John B. Calacci, Registered Agent/President
      Calacci Construction Co., Inc.
      PO Box 1906
      Iowa City, IA    52244-1906


      /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6210637
Telephone:   (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HRCCJ\CALACCI CONSTRUCTION\#29670\MOTION FOR ENTRY OF JUDGMENT.LMF.DF.DOCX